NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

—————————————

**PANDUIT CORPORATION,**
*Appellant,*

**v.**

**DAVID J. KAPPOS, DIRECTOR,
UNITED STATES PATENT AND TRADEMARK
OFFICE,**
*Appellee,*

AND

**ADC TELECOMMUNICATIONS,**
*Cross Appellant.*

—————————————

2012-1435, -1436
(Reexamination No. 95/000,412)

—————————————

Appeals from the United States Patent and Trademark Office, Board of Patent Appeals and Interferences.

—————————————

**ON MOTION**

—————————————

**O R D E R**

Upon consideration of Panduit Corporation's unopposed motion to withdraw its Response and Reply Brief filed November 13, 2012,

PANDUIT CORPORATION v. KAPPOS                                                    2

IT IS ORDERED THAT:

The motion to withdraw Panduit's Response and Reply Brief is granted. All other pending motions are moot.

FOR THE COURT

 /s/ Jan Horbaly
Jan Horbaly
Clerk

s25